JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$12,045.67 in U.S. CURRENCY,<br><br>Defendant. | Case No.: ED CV 15-1646-DMG (DTBx)<br><br>CONSENT JUDGMENT [20] |

    This action was filed on August 14, 2015 against the defendant $12,045.67 in U.S. Currency ("defendant currency"). Bahaa Abirafeh, from whom the defendant currency was seized, claims an interest in the defendant currency, but has not filed a claim or answered the complaint. No person other than Abirafeh is believed to have an interest therein. No other claims or answers have been filed, and the time for filing such statements of interest and answers has expired. Plaintiff United States of America and Abirafeh have reached an agreement that is dispositive of the action, and have requested that this consent judgment be entered. Nothing in this consent judgment is intended or should be interpreted as an admission of wrongdoing by Abirafeh.

    WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

A. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355 and over the parties hereto.

B. The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) and 21 U.S.C. § 881(a)(6).

C. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than Abirafeh are deemed to have admitted the allegations of the Complaint. The allegations set out in the complaint are sufficient to establish a basis for forfeiture.

D. $6,101.89 of the defendant currency shall be paid to the Clerk of the Court toward satisfaction of the restitution order entered against Abirafeh on August 12, 2015 in United States v. Abirafeh, CR 14-550-DMG.

E. $5,943.78 of the defendant currency shall be returned to Abirafeh.

F. The funds to be returned to Abirafeh shall, at the government's option, be returned by either check or wire transfer within 60 days of the date this Judgment is entered. If the United States elects to make the payment by check, the check will be payable to "The Law Offices of Paul L. Gabbert client trust account", and mailed to Bahaa Abirafeh, in care of his attorney, Paul L. Gabbert, Esq., 2115 Main Street, Santa Monica, California 90405. If the United States elects to make the payment by wire transfer, the funds will be wire transferred to a bank account designated by Abirafeh. Abirafeh agrees to provide the necessary bank account information and personal identifiers upon request from the United States.

G. Abirafeh has released the United States of America, its agencies, agents, and officers, including employees and agents of the United States Secret Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on his behalf, whether pursuant to 28 U.S.C. § 2465 or otherwise.

H. The Court finds that there was reasonable cause for the institution of these

proceedings.  This Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED:  October 29, 2015           _____
                                                                    DOLLY M. GEE
                                                       UNITED STATES DISTRICT JUDGE

cc:  Fiscal Services